■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN VARGAS, Also Known as JUAN BARGAS, Appellant.— Judgment, Supreme Court, Bronx County (Vincent Vitale, J.), rendered on July 1, 1986, unanimously affirmed. A motion by appellant for leave to file a supplemental *pro se* brief denied. No opinion. Concur—Kupferman, J. P., Ross, Rosenberger, Wallach and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD KING, Appellant.—Judgment, Supreme Court, New York County (Howard Bell, J.), rendered on March 22, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Carro, Asch and Kassal, JJ.

■ In the Matter of JONATHON B. ALTSCHULER, an Attorney. —Effective date of respondent's suspension stayed to and including December 15, 1988. Concur—Sullivan, J. P., Asch, Kassal and Smith, JJ.